# UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
## CINCINNATI DIVISION

| | |
|---|---|
| IN RE: § | |
| § | CASE NO. 1:14-bk-14585 |
| CHRISTOPHER D. WOOTEN § | |
| DEBTOR § | |

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

**Specialized Loan Servicing LLC as servicing agent for Morgan Stanley Mortgage Capital Holdings LLC**
Name of Transferee

**Fifth Third Mortgage Company c/o Richards & Associates, LPA**
Name of Transferor

Name and Address where notices to transferee should be sent:

   Specialized Loan Servicing LLC
   8742 Lucent Blvd, Suite 300
   Highlands Ranch, Colorado 80129

Phone: **(800) 315-4757**
Last Four Digits of Acct #: **xxxxxx8607**

Court Claim # (if known): 7-2
Amount of Claim: $165,160.34
Date Claim Filed: 03/19/2015

Phone:_____
Last Four Digits of Acct.#: 1317

Name and Address where transferee payments should be sent (if different from above):

   Specialized Loan Servicing LLC
   PO Box 636007
   Littleton, Colorado 80163

Phone: **(800) 315-4757**
Last Four Digits of Acct #: **xxxxxx8607**

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ FaCheryl Dixon    Date: 05/22/2015
   Transferee/Transferee's Agent

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.*

## CERTIFICATE OF SERVICE OF TRANSFER OF CLAIM

I hereby certify that a true and correct copy of the foregoing document has been served upon the following parties in interest on or before the 22nd day of May, 2015 via electronic notice unless otherwise stated:

**Debtor**  *Via U.S. Mail*
Christopher D. Wooten
4248 Pleasant Acres Drive
Batavia, OH 45103

**Debtors' Attorney**
Gregory M. Wetherall
4030 Mt Carmel Tobasco Rd
Suite 122
Cincinnati, OH 45255

**Chapter 13 Trustee**
Margaret A Burks
600 Vine Street
Suite 2200
Cincinnati, OH 45202

**US Trustee**
Asst US Trustee (Cin)
Office of the US Trustee
36 East Seventh Street
Suite 2050
Cincinnati, OH 45202

/s/ FaCheryl Dixon
FaCheryl Dixon